**Fred Leon JACKSON, Jr.,**
**Plaintiff—Appellant,**

v.

**Teresa A. SCHWARTZ, Warden,**
**CA Medical Facility; et al.,**
**Defendants—Appellees.**

No. 07–16950.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 11, 2008.*

Filed Feb. 15, 2008.

Fred Leon Jackson, Jr., Susanville, CA, pro se.

Christopher J. Becker, Esq., AGCA—Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Upon review of the record and appellant's opening brief, this court hereby summarily affirms the district court's order denying appellant's motion for preliminary injunctive relief. *See United States v. Hooton*, 693 F.2d 857 (9th Cir.1982) (per curiam) (summary affirmance appropriate where result is clear from face of record).

**AFFIRMED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.